1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11

12  ELIZABETH FITZGERALD, an individual,

13          Plaintiff,

14      vs.

15  MCKESSON CORPORATION; BAYER CORPORATION; BAYER

16  HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION;

17  BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX

18  LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG;

19  BAYER AG; BARR LABORATORIES, INC.; TEVA PHARMACEUTICALS

20  USA, INC.; and DOES 1-100, inclusive,

21          Defendants.

22

Case No. CV 10-2300 JSW

Assigned to: Hon. Jeffrey S. White

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

1    The Court, having fully considered the papers jointly submitted by the parties in

2    connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to

3    Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-

4    captioned case is STAYED pending transfer to MDL No. 2100.

5              **IT IS SO ORDERED.**

6

7

8    Dated: June 7, 2010

     _____          _____
                                          HON. JEFFREY S. WHITE
9                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2300 JSW