A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Jun 21, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**
JUL - 7 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-27)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 470 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By Leana Brinkley
   Deputy Clerk
Date 7/7/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  10-2295    Debra Jones v. McKesson Corp., et al.  *10-20341-DRH-PMF*
  CAN 3  10-2296    Judith Boyce v. McKesson Corp., et al.  *10-20342-DRH-PMF*
  CAN 3  10-2298    Erin Fischer v. McKesson Corp., et al.  *10-20343-DRH-PMF*
  CAN 3  10-2299    Vanessa Pigman v. McKesson Corp., et al.  *10-20344-DRH-PMF*
  CAN 3  10-2300    Elizabeth Fitzgerald v. McKesson Corp., et al.  *10-20345-DRH-PMF*
  CAN 4  10-2036    Kristy Cardinal v. McKesson Corp., et al.  *10-20346-DRH-PMF*
  CAN 4  10-2297    Luz Hines v. McKesson Corp., et al.  *10-20347-DRH-PMF*

NEW YORK EASTERN
  NYE 1  10-546     Amanda Patenaude v. Bayer Corp., et al.  *10-20348-DRH-PMF*
  NYE 1  10-547     Wendell Koehn, etc. v. Bayer Corp., et al.  *10-20349-DRH-PMF*
  NYE 1  10-608     Crystal Kropf, et al. v. Bayer Corp., et al.  *10-20350-DRH-PMF*
  NYE 1  10-609     Rene Pickett v. Bayer Corp., et al.  *10-20351-DRH-PMF*
  NYE 1  10-611     Jennifer Major, et al. v. Bayer Corp., et al.  *10-20352-DRH-PMF*

NEW YORK SOUTHERN
  NYS 7  10-4280   Alishia Dianne Seagraves v. Bayer Corp., et al.  *10-20353-DRH-PMF*

PENNSYLVANIA EASTERN
  PAE 2  10-2132   Naomi F. Williams, et al. v. Bayer Corp., et al.  *10-20354-DRH-PMF*
  PAE 2  10-2135   Eve M. Capano v. Bayer Corp., et al.  *10-20355-DRH-PMF*

WASHINGTON WESTERN
  WAW 2  10-842    Michelle Anderson v. Bayer Corp., et al.  *10-20356-DRH-PMF*